Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of New York**

Case number (if known): ____________ Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's name**

JLS Mechanical, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

84 – 2195429

**4. Debtor's address**

**Principal place of business**

28 Edgewold Rd.
Number Street

White Plains, NY 10607
City State ZIP Code

Westchester
County

**Mailing address, if different from principal place of business**

Number Street

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website (URL)**

https://jlsmechanicalsolutions.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ____________

Debtor **JLS Mechanical, LLC** Case number *(if known)* ____________
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**2 3 8 2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ____________ When ____________ (MM / DD / YYYY) Case number ____________
  District ____________ When ____________ (MM / DD / YYYY) Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ____________ Relationship ____________
  District ____________ When ____________ (MM / DD / YYYY)
  Case number, if known ____________

Debtor **JLS Mechanical, LLC** Case number *(if known)*
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ____________
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other ____________

**Where is the property?** ____________
Number Street
____________
City State ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency ____________
  Contact name ____________
  Phone ____________

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

- [ ] Funds will be available for distribution to unsecured creditors.
- [x] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | | |
|---|---|---|---|
| [ ] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 | |
| [x] 50-99 | [ ] 5,001-10,000 | [ ] 50,000-100,000 | |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than 100,000 | |
| [ ] 200-999 | | | |

**15. Estimated assets**

| | | |
|---|---|---|
| [ ] $0-$50,000 | [ ] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [ ] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [x] $100,001-$500,000 | [ ] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [ ] $100,000,001-$500 million | [ ] More than $50 billion |

Debtor **JLS Mechanical, LLC**
Name

Case number *(if known)* ______

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/04/2026**
MM/ DD/ YYYY

✗ **/s/ Jason L. Scharkopf**
Signature of authorized representative of debtor

**Jason L. Scharkopf**
Printed name

Title **Managing Member**

**18. Signature of attorney**

✗ **/s/ James J. Rufo**
Signature of attorney for debtor

Date **11/04/2026**
MM/ DD/ YYYY

**James J. Rufo**
Printed name

**Law Office of James J. Rufo**
Firm name

**222 Bloomingdale Road 202**
Number Street

**White Plains** | **NY** | **10605**
City | State | ZIP Code

**(914) 600-7161**
Contact phone

**jrufo@jamesrufolaw.com**
Email address

**5152210** | **NY**
Bar number | State

Fill in this information to identify the case:

Debtor name **JLS Mechanical, LLC**

United States Bankruptcy Court for the: **Southern District of New York**

Case number (if known): ______________ Chapter **11**

❑ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real Property:** Copy line 88 from *Schedule A/B*........ | **$0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*........ | **$330,163.09** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*........ | **$330,163.09** |

### Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*........ | **$45,517.35** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*........ | **$21,035.56** |
| 3b. **Total amount of claims of non-priority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........ | **+ $1,178,120.05** |
| 4. **Total liabilities**........ Lines 2 + 3a + 3b | **$1,244,672.96** |

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ______________.

2. The following financial data is the latest available information and refers to the debtor's condition on ______________.

a. Total assets **$330,163.09**

b. Total debts (including debts listed in 2.c., below) **$1,244,672.96**

c. Debt securities held by more than 500 holders

| | | Approximate number of holders: |
|---|---|---|
| secured ❑ unsecured ❑ subordinated ❑ | ______________ | ______________ |
| secured ❑ unsecured ❑ subordinated ❑ | ______________ | ______________ |
| secured ❑ unsecured ❑ subordinated ❑ | ______________ | ______________ |
| secured ❑ unsecured ❑ subordinated ❑ | ______________ | ______________ |
| secured ❑ unsecured ❑ subordinated ❑ | ______________ | ______________ |

d. Number of shares of preferred stock ______________

e. Number of shares common stock ______________

Comments, if any: ______________

3. Brief description of debtor's business HVAC contractor, installations, repairs, and maintenance for both residential and light commercial buildings

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Fill in this information to identify the case:

Debtor name **JLS Mechanical, LLC**

United States Bankruptcy Court for the: **Southern District of New York**

Case number (if known): ____________

❑ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ❑ *Amended Schedule* ____________
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/04/2026**
MM/ DD/ YYYY

✗ **/s/ Jason L. Scharkopf**
Signature of individual signing on behalf of debtor

**Jason L. Scharkopf**
Printed name

**Managing Member**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor Name **JLS Mechanical, LLC**

United States Bankruptcy Court for the: **Southern** District of **New York** (State)

Case number (If known):

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 2. **Cash on hand** | | | |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. Capital One Bank, N.A. | Checking account | 0 2 9 0 | $56,096.88 |
| 3.2. JPMorgan Chase Bank, N.A. | Checking account | 0 3 1 7 | $0.00 |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | |
| 4.2 | | | |

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$56,096.88**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1 | |

Debtor **JLS Mechanical, LLC** Case number *(if known)* ____________
Name

7.2 ____________

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 ____________

8.2 ____________

9. **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

❑ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| **11. Accounts receivable** | | | | | |
| 11a. 90 days old or less: | **$149,311.21** | - | **unknown** | =..... ➔ | **$149,311.21** |
| 11b. Over 90 days old: | **$656,699.73** | - | **unknown** | =..... ➔ | **unknown** |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$149,311.21**

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

❑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1 | | |
| 14.2 | | |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: / % of ownership: | | |
| 15.1. | | |
| 15.2. | | |

Debtor **JLS Mechanical, LLC** Case number *(if known)* ____________
Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 ____________ ____________ ____________

16.2 ____________ ____________ ____________

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. ____________

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

❑ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. **Raw materials** | | | | | |
| | ____________ | ______ MM / DD / YYYY | ______ | ______ | ______ |
| 20. **Work in progress** | | | | | |
| | ____________ | ______ MM / DD / YYYY | ______ | ______ | ______ |
| 21. **Finished goods, including goods held for resale** | | | | | |
| | ____________ | ______ MM / DD / YYYY | ______ | ______ | ______ |
| 22. **Other inventory or supplies** | | | | | |
| | ____________ | ______ MM / DD / YYYY | ______ | ______ | ______ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84. ____________

24. **Is any of the property listed in Part 5 perishable?**

❑ No

❑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

❑ No

❑ Yes. Book value ____________ Valuation method ____________ Current value ____________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

❑ No

❑ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor **JLS Mechanical, LLC** Case number *(if known)* ______
Name

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value ______ Valuation method ______ Current value ______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor **JLS Mechanical, LLC**
Name

Case number *(if known)*

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | 4 Propress tool sets @ $500 ea. | $2,000.00 | Debtor Estimate | $2,000.00 |
| | 12 Vacuum pumps @ $85 ea. | $1,020.00 | Debtor Estimate | $1,020.00 |
| | 10 Recovery Machines @ $250 ea. | $2,500.00 | Debtor Estimate | $2,500.00 |
| | 55 Assorted Cordless Power Tools (Used) | $5,800.00 | Debtor Estimate | $5,800.00 |
| | 30 Assorted Cordless Power Tools (New) | $2,500.00 | Debtor Estimate | $2,500.00 |
| | 60 Cordless Tolls Batteries @ $12.50 ea. | $750.00 | Debtor Estimate | $750.00 |
| | 15 Work Ladders @ $80 ea. | $1,200.00 | Debtor Estimate | $1,200.00 |
| | 15 Recovery Tanks @ $65 ea. | $975.00 | Debtor Estimate | $975.00 |
| | 8 B Tanks w/ turbo torch @ $93.75 | $750.00 | Debtor Estimate | $750.00 |
| | 8 Nitrogen Tanks w/ regulators @ $93.75 ea. | $750.00 | Debtor Estimate | $750.00 |
| | 3 Job Boxes @ $150 ea. | $450.00 | Debtor Estimate | $450.00 |
| | 10 Test Equipment (Manifold gauges) @ $100 ea. | $1,000.00 | Debtor Estimate | $1,000.00 |
| | 4 Combustion Analyzers @ $700 ea. | $2,800.00 | Debtor Estimate | $2,800.00 |
| | Diagnostic Tools ( service tool) | $500.00 | Debtor Estimate | $500.00 |
| | 15 Cored Tools @ $150 ea. | $1,500.00 | Debtor Estimate | $1,500.00 |
| | 500 Misc. Hand Tools (wrenches, screw drivers, etc.) | $6,500.00 | Debtor Estimate | $6,500.00 |
| | 20 Extension Cords @ $10 ea. | $200.00 | Debtor Estimate | $200.00 |
| | 50 HVAC Testing tools ( Trade specific) @ $60 ea. | $3,000.00 | Debtor Estimate | $3,000.00 |
| | 40 HVAC Service Tools ( meters, etc.) at $150 ea. | $6,000.00 | Debtor Estimate | $6,000.00 |
| | 40 Tool storage (tool boxes, etc.) @ $100 ea. | $4,000.00 | Debtor Estimate | $4,000.00 |
| | Chiller service tools (tube punch machine) | $1,000.00 | Debtor Estimate | $1,000.00 |
| | 6 Vacuums @ $100 ea. | $600.00 | Debtor Estimate | $600.00 |
| | 4 PEX Expander Tools @ $300 ea. | $1,200.00 | Debtor Estimate | $1,200.00 |
| | Pipe Threading machine | $750.00 | Debtor Estimate | $750.00 |
| | Propress black press jaw set | $350.00 | Debtor Estimate | $350.00 |
| | 2 Refrigeration Press Jaw Set @ $500 ea. | $1,000.00 | Debtor Estimate | $1,000.00 |

Debtor **JLS Mechanical, LLC** Case number *(if known)*
Name

| | | | |
|---|---|---|---|
| 2 Ram set concert anchor kit w/ nail gun @ $100 ea. | $200.00 | Debtor Estimate | $200.00 |
| 2 Oil service tool kit @ $100 ea. | $200.00 | Debtor Estimate | $200.00 |
| 40 Assorted Sheet Metal Tools @ $25 ea. | $1,000.00 | Debtor Estimate | $1,000.00 |
| 4 Refrigeration electronic leak detectors @ $125 ea | $500.00 | Debtor Estimate | $500.00 |
| 2 Mini refrigeration test gauge kits @ $100 ea. | $200.00 | Debtor Estimate | $200.00 |
| 8 Scales @ $50 ea. | $400.00 | Debtor Estimate | $400.00 |
| 3 Transfer pumps @ $75 ea. | $225.00 | Debtor Estimate | $225.00 |
| 4 Pressure washers @ $62.50 ea. | $250.00 | Debtor Estimate | $250.00 |
| 10 Drop lights/ Portable lighting @ $37.50 ea. | $375.00 | Appraisal | $375.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1

42.2

42.3

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86. **$52,445.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| **General description**<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br><br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2023 Mercedes-Benz Sprinter 2500 Cargo / VIN: W1Y40CHY2PT156476** | unknown | KBB | $30,470.00 |
| 47.2 **2022 Mercedes-Benz Sprinter 2500 Cargo / VIN: W1Y4ECHY6NT094465** | $20,270.00 | KBB | $20,270.00 |

| | | | |
|---|---|---|---|
| 47.3 **2022 Mercedes-Benz Sprinter 2500 Cargo / VIN: W1Y40BHY1NT119796** | **$21,570.00** | **KBB** | **$21,570.00** |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1

48.2

49. **Aircraft and accessories**

49.1

49.2

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87. **$72,310.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☑ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- ☑ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

Debtor **JLS Mechanical, LLC** Case number *(if known)* ____________
Name

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. ____________

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89. ____________

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

❑ No
❑ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
❑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
______ ______ – ______ = ➔ ______
Total face amount doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
______ Tax year ______ ______
______ Tax year ______ ______
______ Tax year ______ ______

73. **Interests in insurance policies or annuities**
______ ______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
______ ______
**Nature of claim** ______
**Amount requested** ______

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
______ ______
**Nature of claim** ______
**Amount requested** ______

76. **Trusts, equitable or future interests in property**
______ ______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
______ ______

Debtor **JLS Mechanical, LLC** Case number *(if known)* ____________
Name

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
❑ No
❑ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$56,096.88** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$149,311.21** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$52,445.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$72,310.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9.*............ | ➔ | | |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | | |
| 91. | **Total.** *Add lines 80 through 90 for each column*............91a. | **$330,163.09** | + 91b. | |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............ **$330,163.09**

Fill in this information to identify the case:

Debtor name **JLS Mechanical, LLC**

United States Bankruptcy Court for the: **Southern** District of **New York** (State)

Case number (if known): ______

❑ Check if this is an amended filing

# Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

❑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
**Bank of America**

**Creditor's mailing address**
**Attn: Bankruptcy Department**
**475 Cross Point Pkwy P.O. Box 9000**
**Erie County, NY 14068**

**Creditor's email address, if known**
______

**Date debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
2022 Mercedes-Benz Sprinter 2500 Cargo

**Describe the lien**
**Vehicle Loan**

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Column A: **$7,116.00**
Column B: **$21,570.00**

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$45,517.35**

Debtor **JLS Mechanical, LLC**
Name

Case number (if known) ______________

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| **2.2 Creditor's name** Mercedes Benz — **Describe debtor's property that is subject to a lien** 2022 Mercedes-Benz Sprinter 2500 Cargo | **$6,237.43** | **$20,270.00** |

**Creditor's mailing address**
**Box 5261**
**5450 N. Cumberland Ave.**
**Norridge, IL 60656**

**Creditor's email address, if known**

______________

**Date debt was incurred** ______________

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
**Vehicle Loan**

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor **JLS Mechanical, LLC**
Name

Case number (if known) ______

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|
| **2.3 Creditor's name** Mercedes Benz — **Describe debtor's property that is subject to a lien** 2023 Mercedes-Benz Sprinter 2500 Cargo | $32,163.92 | $30,470.00 |

**Creditor's mailing address**
Box 5261
5450 N. Cumberland Ave.
Norridge, IL 60656

**Creditor's email address, if known**
______

**Date debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Have you already specified the relative priority?
❑ No. Specify each creditor, including this creditor, and its relative priority.
______
______
❑ Yes. The relative priority of creditors is specified on lines ____

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Debtor **JLS Mechanical, LLC** Case number (if known) ____________
Name

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Bank of America<br>Corporate Center<br>100 North Tryon Street<br>Charlotte, NC 28255 | Line 2. 1 | ____ |
| | Line 2. __ | ____ |
| | Line 2. __ | ____ |
| | Line 2. __ | ____ |
| | Line 2. __ | ____ |
| | Line 2. __ | ____ |
| | Line 2. __ | ____ |
| | Line 2. __ | ____ |
| | Line 2. __ | ____ |
| | Line 2. __ | ____ |

Fill in this information to identify the case:

Debtor name **JLS Mechanical, LLC**

United States Bankruptcy Court for the: **Southern District of New York**

Case number (if known): ______

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>**Greg Fatiuk**<br>**37 Beechmont Rd.**<br>**Putnam County, NY 10512**<br><br>**Date or dates debt was incurred** ______<br><br>**Last 4 digits of account number** ____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:** ______<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$1,552.92** | **$1,552.92** |
| 2.3 | **Priority creditor's name and mailing address**<br>**Matt Farrel**<br>**71 Dunwoodie St.**<br>**Yonkers, NY 10704**<br><br>**Date or dates debt was incurred** ______<br><br>**Last 4 digits of account number** ____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:** ______<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$1,008.64** | **$1,008.64** |

Debtor **JLS Mechanical, LLC** Case number *(if known)*
Name

**Part 1:** Additional Page

**2.4** **Priority creditor's name and mailing address**
**Nunzio Golia**
**710 Scarsdale Rd.**
**Eastchester, NY 10707**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$901.68** **$901.68**

**2.5** **Priority creditor's name and mailing address**
**Plumbers and Steamfitters' Local 21 Benefit Funds**
**Attn: Amir Wirr**
**1024 McKinley St.**
**Peekskill, NY 10566**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$14,105.76** **$14,105.76**

**2.6** **Priority creditor's name and mailing address**
**Ricardo Rodriguez**
**89 Newburgh Rd**
**Patterson, NY 12563**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:** **Wages**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$1,382.29** **$1,382.29**

Debtor **JLS Mechanical, LLC**
Name

Case number *(if known)*

**Part 1:** Additional Page

**2.7** **Priority creditor's name and mailing address**
Steven Barrow
341 Candlewood Lake Rd.
Brookfield, CT 06804

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**$1,269.50** **$1,269.50**

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**2.8** **Priority creditor's name and mailing address**
Yan Soriano
241 West Lovell Street
NY 10541

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**$814.77** **$814.77**

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Debtor **JLS Mechanical, LLC** Case number *(if known)*
Name

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
American Express
P.O. Box 1270
Newark, NJ 07101

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$44,174.24**

**3.2 Nonpriority creditor's name and mailing address**
Byzfunder NY LLC
530 7th Ave Floor M1
New York, NY 10018

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Merchant Cash Advance

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$9,323.83**

**3.3 Nonpriority creditor's name and mailing address**
Capital One Tap
33 Irving Place Suite 3009
New York, NY 10003

**Date or dates debt was incurred**
**Last 4 digits of account number** 0 6 4 9

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$1,451.41**

**3.4 Nonpriority creditor's name and mailing address**
Carrier Enterprises
241 Clinton Road West
North Caldwell, NJ 07006

**Date or dates debt was incurred**
**Last 4 digits of account number** 2 9 9 2

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Supply House

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$102,111.32**

Debtor **JLS Mechanical, LLC** Case number *(if known)* ______
Name

**Part 2:** Additional Page

**3.5 Nonpriority creditor's name and mailing address**

CFG Merchant Solutions, LLC
Head of Operations
32 Old Slip Suite 600
New York, NY 10005

**As of the petition filing date, the claim is:** $55,260.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Merchant Cash Advance

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.6 Nonpriority creditor's name and mailing address**

Chase Ink Business
P.O. Box 1423
Charlotte, NC 28201

**As of the petition filing date, the claim is:** $46,282.61
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Credit Card

**Date or dates debt was incurred** ______

**Last 4 digits of account number** 6 8 2 4

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.7 Nonpriority creditor's name and mailing address**

Chase Ink Premier
PO Box 1423
Charlotte, NC 28201

**As of the petition filing date, the claim is:** $58,838.12
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Credit Card

**Date or dates debt was incurred** ______

**Last 4 digits of account number** 2 0 5 2

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.8 Nonpriority creditor's name and mailing address**

Chase Ink Unlimited
P.O. Box 1423
Charlotte, NC 28201

**As of the petition filing date, the claim is:** $75,761.91
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Credit Card

**Date or dates debt was incurred** ______

**Last 4 digits of account number** 3 8 9 0

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **JLS Mechanical, LLC** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.9** **Nonpriority creditor's name and mailing address**
Dependance Platinum FL LLC
4601 Sheridan Street Suite 600
Hollywood, FL 33021

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$54,250.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Merchant Cash Advance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
Forward Financing, LLC
Attn: President
Corporate Headquarters
100 Summer Street Suite 1175
Boston, MA 02110

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$4,875.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Merchant Cash Advance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
FW Webb
160 Middlesex Turnpike
Bedford, MA 01730

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 5 6 5

**As of the petition filing date, the claim is:** **$26,218.66**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Supply House

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
Meged Funding Group
108 W 39th Street Ste. 1006 #2171
New York, NY 10018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$103,521.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Merchant Cash Advance

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **JLS Mechanical, LLC** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.13 Nonpriority creditor's name and mailing address**
**Neptune Advance, LLC**
**180 Maiden Lane Floor 10**
**New York, NY 10038**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$160,312.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **Merchant Cash Advance**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.14 Nonpriority creditor's name and mailing address**
**NYS Department of Labor**
**250 Schermerhorn Street 1st Floor**
**Brooklyn, NY 11201**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$6,774.26**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **Unemployment Insurance**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.15 Nonpriority creditor's name and mailing address**
**Stark Tech**
**2100 Wehrie Drive**
**Erie County, NY 14221**

**Date or dates debt was incurred**
**Last 4 digits of account number** 7 0 8 2

**As of the petition filing date, the claim is:** **$39,372.54**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **Controller Supplier**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.17 Nonpriority creditor's name and mailing address**
**The Fundworks**
**299 South Main Street, Suite 1300 PMB 93894**
**Salt Lake City, UT 84111**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$181,543.21**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **Merchant Cash Advance**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **JLS Mechanical, LLC**
Name

Case number *(if known)*

**Part 2:** Additional Page

**3.18 Nonpriority creditor's name and mailing address**
**U.S. Small Business Administration**
**14925 Kingsport Road**
**Fort Worth, TX 76155**

**Date or dates debt was incurred**

**Last 4 digits of account number** 8 1 0 1

**As of the petition filing date, the claim is:** **$78,020.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured COVID Relief Loan

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.19 Nonpriority creditor's name and mailing address**
**US Bank**
**P.O. Box 6319**
**Fargo, ND 58125**

**Date or dates debt was incurred**

**Last 4 digits of account number** 9 7 6 0

**As of the petition filing date, the claim is:** **$4,654.85**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.20 Nonpriority creditor's name and mailing address**
**Web Bank**
**P.O. Box 757**
**Portsmouth, NH 03802**

**Date or dates debt was incurred**

**Last 4 digits of account number** c 6 5 8

**As of the petition filing date, the claim is:** **$39,372.54**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.21 Nonpriority creditor's name and mailing address**
**Web Bank**
**P.O. Box 757**
**Portsmouth, NH 03802**

**Date or dates debt was incurred**

**Last 4 digits of account number** 6 3 e c

**As of the petition filing date, the claim is:** **$1,805.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor **JLS Mechanical, LLC** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.22** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**

**Last 4 digits of account number** 1 4 d 7

**As of the petition filing date, the claim is:** $1,805.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.23** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**

**Last 4 digits of account number** 7 8 8 b

**As of the petition filing date, the claim is:** $3,737.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**

**Last 4 digits of account number** 9 5 3 9

**As of the petition filing date, the claim is:** $1,702.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.25** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**

**Last 4 digits of account number** a 8 0 9

**As of the petition filing date, the claim is:** $1,545.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **JLS Mechanical, LLC** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.26** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**

**Last 4 digits of account number** 7 6 d 3

**As of the petition filing date, the claim is:** **$3,222.55**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**

**Last 4 digits of account number** f e 6 1

**As of the petition filing date, the claim is:** **$3,247.27**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**

**Last 4 digits of account number** 7 5 4 8

**As of the petition filing date, the claim is:** **$668.37**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.29** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**

**Last 4 digits of account number** 7 e f 1

**As of the petition filing date, the claim is:** **$1,070.96**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **JLS Mechanical, LLC** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.30** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**
**Last 4 digits of account number** 6260

**As of the petition filing date, the claim is:** $1,786.33
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.31** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**
**Last 4 digits of account number** f32d

**As of the petition filing date, the claim is:** $3,141.41
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.32** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**
**Last 4 digits of account number** 3c1f

**As of the petition filing date, the claim is:** $2,931.73
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.33** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**
**Last 4 digits of account number** 5dea

**As of the petition filing date, the claim is:** $1,511.64
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor **JLS Mechanical, LLC** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.34** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**

**Last 4 digits of account number** 2 d e 8

**As of the petition filing date, the claim is:** **$3,064.47**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.35** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**

**Last 4 digits of account number** 1 5 a 0

**As of the petition filing date, the claim is:** **$2,446.99**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.36** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 2 f c

**As of the petition filing date, the claim is:** **$4,119.62**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.37** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**

**Last 4 digits of account number** f 2 b 5

**As of the petition filing date, the claim is:** **$2,732.54**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **JLS Mechanical, LLC** Case number (*if known*)
Name

## Part 2: Additional Page

**3.38** **Nonpriority creditor's name and mailing address**
**Web Bank**
**P.O. Box 757**
**Portsmouth, NH 03802**

**Date or dates debt was incurred**

**Last 4 digits of account number** 4 7 b 7

**As of the petition filing date, the claim is:** **$3,981.04**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.39** **Nonpriority creditor's name and mailing address**
**Web Bank**
**P.O. Box 757**
**Portsmouth, NH 03802**

**Date or dates debt was incurred**

**Last 4 digits of account number** 5 e 8 9

**As of the petition filing date, the claim is:** **$549.80**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.40** **Nonpriority creditor's name and mailing address**
**Web Bank**
**P.O. Box 757**
**Portsmouth, NH 03802**

**Date or dates debt was incurred**

**Last 4 digits of account number** b c c e

**As of the petition filing date, the claim is:** **$5,950.03**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.41** **Nonpriority creditor's name and mailing address**
**Web Bank**
**P.O. Box 757**
**Portsmouth, NH 03802**

**Date or dates debt was incurred**

**Last 4 digits of account number** b 0 6 9

**As of the petition filing date, the claim is:** **$694.12**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **JLS Mechanical, LLC** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.42** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**

**Last 4 digits of account number** 2 b d f

**As of the petition filing date, the claim is:** **$2,376.87**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.43** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**

**Last 4 digits of account number** f c 9 3

**As of the petition filing date, the claim is:** **$2,343.29**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.44** **Nonpriority creditor's name and mailing address**
Web Bank
P.O. Box 757
Portsmouth, NH 03802

**Date or dates debt was incurred**

**Last 4 digits of account number** 5 f 2 e

**As of the petition filing date, the claim is:** **$2,103.58**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured Term Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.45** **Nonpriority creditor's name and mailing address**
Webfund
99 Wall St. #1540
New York, NY 10005

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$25,356.42**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Merchant Cash Advance

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **JLS Mechanical, LLC**
Name

Case number *(if known)*

**Part 2:** Additional Page

**3.46 Nonpriority creditor's name and mailing address**

**WEX Fuel Card**
**P.O Box 639**
**Portland, ME 04104**

**Date or dates debt was incurred**

**Last 4 digits of account number** 9 2 - 1

**As of the petition filing date, the claim is:** **$2,109.02**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **JLS Mechanical, LLC** Case number *(if known)*
Name

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Barnes, Iaccarino & Shepherd, LLP**<br>**Attn: Danielle M. Carney, Esq.**<br>**258 Saw Mill River Road**<br>**Elmsford, NY 10523** | Line **2.5**<br>❑ Not listed. Explain | |
| 4.2 | **Law Offices of Isaac H. Greenfield PLLC** | Line **3.12**<br>❑ Not listed. Explain | **o r p .** |

Debtor **JLS Mechanical, LLC** Case number *(if known)*
Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$21,035.56** |
| 5b. | **Total claims from Part 2** | 5b. + | **$1,178,120.05** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,199,155.61** |

Fill in this information to identify the case:

Debtor name JLS Mechanical, LLC

United States Bankruptcy Court for the: Southern District of New York (State)

Case number (If known): Chapter 11

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Fill in this information to identify the case:

Debtor name **JLS Mechanical, LLC**

United States Bankruptcy Court for the: **Southern** District of **New York** (State)

Case number (If known): __________

❑ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ❑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Scharkopft, Jason L.** | **28 Edgewold Rd.** (Street)<br>**White Plains, NY 10607** (City, State, ZIP Code) | **American Express** | ❑ D ☑ E/F ❑ G |
| | | | **Chase Ink Business** | ❑ D ☑ E/F ❑ G |
| | | | **Chase Ink Unlimited** | ❑ D ☑ E/F ❑ G |
| | | | **Chase Ink Premier** | ❑ D ☑ E/F ❑ G |
| | | | **Capital One Tap** | ❑ D ☑ E/F ❑ G |
| | | | **FW Webb** | ❑ D ☑ E/F ❑ G |
| | | | **Web Bank** | ❑ D ☑ E/F ❑ G |
| | | | **Byzfunder NY LLC** | ❑ D ☑ E/F ❑ G |
| | | | **Neptune Advance, LLC** | ❑ D ☑ E/F ❑ G |

Debtor **JLS Mechanical, LLC** Case number (if known) ______
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | | **Dependance Platinum FL LLC** | ☐ D ☑ E/F ☐ G |
| | | | **Forward Financing, LLC** | ☐ D ☑ E/F ☐ G |
| | | | **CFG Merchant Solutions, LLC** | ☐ D ☑ E/F ☐ G |
| | | | **The Fundworks** | ☐ D ☑ E/F ☐ G |
| | | | **Webfund** | ☐ D ☑ E/F ☐ G |
| 2.2 | | Street<br>City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | | Street<br>City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street<br>City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.5 | | Street<br>City State ZIP Code | | ☐ D ☐ E/F ☐ G |

Debtor **JLS Mechanical, LLC** Case number (if known) ______
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

Fill in this information to identify the case:

Debtor name **JLS Mechanical, LLC**

United States Bankruptcy Court for the: **Southern District of New York**

Case number (if known): ______

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** (MM/ DD/ YYYY) | to Filing date | ☑ Operating a business<br>☐ Other ______ | **$2,487,994.00** |
| **For prior year:** | From **01/01/2025** (MM/ DD/ YYYY) | to **12/31/2025** (MM/ DD/ YYYY) | ☑ Operating a business<br>☐ Other ______ | **$5,400,000.00** |
| **For the year before that:** | From **01/01/2024** (MM/ DD/ YYYY) | to **12/31/2024** (MM/ DD/ YYYY) | ☑ Operating a business<br>☐ Other ______ | **$2,789,520.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** (MM/ DD/ YYYY) | to Filing date | ______ | ______ |
| **For prior year:** | From **01/01/2025** (MM/ DD/ YYYY) | to **12/31/2025** (MM/ DD/ YYYY) | ______ | ______ |
| **For the year before that:** | From **01/01/2024** (MM/ DD/ YYYY) | to **12/31/2024** (MM/ DD/ YYYY) | ______ | ______ |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Creditor's name<br>Street<br>City State ZIP Code | | | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Creditor's name<br>Street<br>City State ZIP Code | | | |

**Relationship to debtor**

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1. ______
Creditor's name
Street
City State ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. Creditor's name<br>Street<br>City State ZIP Code | XXXX– _ _ _ _ | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **DMKA LLC v. JLS Mechanical, LLC and Jennifer L. Smith**<br>Case number<br>**Index No. 539573/2026** | **Commercial Contract** | **Supreme Court State of New York, County of Kings**<br>Name<br>**360 Adams Street**<br>Street<br>**Attn: Clerk's Office**<br>**Brooklyn, NY 11201**<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Meged Funding Group Corp. v. JLS Mechanical, LLC and Jason L. Scharkopf**<br>Case number<br>**Index No. 541574/2026** | **Commercial Contract** | **Supreme Court State of New York, County of Kings**<br>Name<br>**360 Adams Street**<br>Street<br>**Attn: Clerk's Office**<br>**Brooklyn, NY 11201**<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

7.3.

| Case title | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| Stark Tech Services, LLC v. JLS Mechanical, LLC | Commercial Contract | Erie County Supreme Court (Name)<br>25 Delaware Ave. (Street)<br>Buffalo, NY 14202 (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number** | | | |
| Index No. 818024/2026 | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
| --- | --- | --- |
| Custodian's name<br>Street<br>City State ZIP Code | Case title<br><br>Case number<br><br>Date of order or assignment | Court name and address<br>Name<br>Street<br>City State ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |
| Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of James J. Rufo** | **Attorney's Fee** | **10/17/2026** | **$14,238.00** |

**Address**

**222 Bloomingdale Road 202**
Street
**James J. Rufo, Esq.**
**White Plains, NY 10605**
City State ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**Naomi Scharkopf**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1. | | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

❑ None

| | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Manuel Cabrera** | **2018 Nissan NV1500 Cargo S Van 3D** | **10/24/2026** | **$3,800.00** |
| | **Address**<br>Street<br>City State ZIP Code<br>**Relationship to debtor**<br>**Unrelated** | | | |
| 13.2. | **Eddie Uribe** | **2013 GMC Savana 1500 1GTS8AF40D1154256** | **11/26/2026** | **$4,000.00** |
| | **Address**<br>Street<br>City State ZIP Code<br>**Relationship to debtor**<br>**Unrelated** | | | |
| 13.3. | **Mele Construction, INC** | **2022 Mercedes Benz Metris** | **10/24/2026** | **$10,000.00** |
| | **Address**<br>**3025 High St**<br>Street<br>**Mohegan Lake, NY 10547-1816**<br>City State ZIP Code<br>**Relationship to debtor**<br>**Unrelated** | | | |

13.4.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **JJS Home Improvements** | **2021 Mercedes Benz Metris** | **10/24/2026** | **$6,500.00** |

**Address**

**34 Lyman Pl**
Street

**Dobbs Ferry, NY 10522-1306**
City State ZIP Code

**Relationship to debtor**

**Unrelated**

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. Street<br>City State ZIP Code | From ______ To ______ |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Facility name<br>Street<br>City State ZIP Code | | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>❑ Electronically<br>❑ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Name<br>Street<br>City State ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ❑ No<br>❑ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ❑ No<br>❑ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name<br>Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From ____ To ____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **AFM Advisor Group**<br>Name<br>**700 Post Rd. # 255**<br>Street<br><br>**10583**<br>City State ZIP Code | From **2019** To ____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Name<br>Street<br>City State ZIP Code | From ____ To ____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Scharkopft, Jason L.**<br>Name<br>**28 Edgewold Rd.**<br>Street<br><br>**White Plains, NY 10607**<br>City State ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

26d.1.
Name
Street

City State ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**Name and address of the person who has possession of inventory records**

27.1.
Name
Street

City State ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Scharkopft, Jason L.** | **28 Edgewold Rd. White Plains, NY 10607** | **Managing Member, Membership** | **49.00%** |
| **Scharkopft, Naomi** | **28 Edgewold Rd. White Plains, NY 10607** | **Member, Membership** | **51.00%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From<br>To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Name | | | |

Street

City State ZIP Code

**Relationship to debtor**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/04/2026**
MM/ DD/ YYYY

✗ **/s/ Jason L. Scharkopf**
Signature of individual signing on behalf of the debtor

Printed name **Jason L. Scharkopf**

Position or relationship to debtor **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

IN RE: **JLS Mechanical, LLC**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **11/04/2026** Signature **/s/ Jason L. Scharkopf**
Jason L. Scharkopf, Managing Member

American Express
P.O. Box 1270
Newark, NJ 07101

Bank of America
Attn: Bankruptcy Department
475 Cross Point Pkwy P.O. Box 9000
Erie County, NY 14068

Bank of America
Corporate Center
100 North Tryon Street
Charlotte, NC 28255

Barnes, Iaccarino & Shepherd, LLP
Attn: Danielle M. Carney, Esq.
258 Saw Mill River Road
Elmsford, NY 10523

Byzfunder NY LLC
530 7th Ave Floor M1
New York, NY 10018

Capital One Tap
33 Irving Place Suite 3009
New York, NY 10003

Carrier Enterprises
241 Clinton Road West
North Caldwell, NJ 07006

CFG Merchant Solutions, LLC
Head of Operations
32 Old Slip Suite 600
New York, NY 10005

Chase Ink Business
P.O. Box 1423
Charlotte, NC 28201

Chase Ink Premier
PO Box 1423
Charlotte, NC 28201

Chase Ink Unlimited
P.O. Box 1423
Charlotte, NC 28201

Dependance Platinum FL LLC
4601 Sheridan Street Suite 600
Hollywood, FL 33021

Forward Financing, LLC
Attn: President
Corporate Headquarters
100 Summer Street Suite 1175
Boston, MA 02110

FW Webb
160 Middlesex Turnpike
Bedford, MA 01730

Greg Fatiuk
37 Beechmont Rd.
Putnam County, NY 10512

Law Offices of Isaac H. Greenfield PLLC

Matt Farrel
71 Dunwoodie St.
Yonkers, NY 10704

Meged Funding Group
108 W 39th Street Ste. 1006 #2171
New York, NY 10018

Mercedes Benz
Box 5261
5450 N. Cumberland Ave.
Norridge, IL 60656

Neptune Advance, LLC
180 Maiden Lane Floor 10
New York, NY 10038

Nunzio Golia
710 Scarsdale Rd.
Eastchester, NY 10707

NYS Department of Labor
250 Schermerhorn Street 1st Floor
Brooklyn, NY 11201

Plumbers and Steamfitters' Local 21 Benefit Funds
Attn: Amir Wirr
1024 McKinley St.
Peekskill, NY 10566

Ricardo Rodriguez
89 Newburgh Rd
Patterson, NY 12563

Jason L. Scharkopft
28 Edgewold Rd.
White Plains, NY 10607

Stark Tech
2100 Wehrie Drive
Erie County, NY 14221

Steven Barrow
341 Candlewood Lake Rd.
Brookfield, CT 06804

The Fundworks
299 South Main Street, Suite 1300 PMB 93894
Salt Lake City, UT 84111

U.S. Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155

US Bank
P.O. Box 6319
Fargo, ND 58125

Web Bank
P.O. Box 757
Portsmouth, NH 03802

Webfund
99 Wall St. #1540
New York, NY 10005

WEX Fuel Card
P.O Box 639
Portland, ME 04104

Yan Soriano
241 West Lovell Street
NY 10541