Fill in this information to identify the case:

Debtor name **JLS Mechanical, LLC**

United States Bankruptcy Court for the: **Southern District of New York**

Case number (if known):

❑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express<br>P.O. Box 1270<br>Newark, NJ 07101 | | Credit Card | | | | $44,174.24 |
| 2 | Byzfunder NY LLC<br>530 7th Ave Floor M1<br>New York, NY 10018 | | Merchant Cash Advance | Disputed | | | $9,323.83 |
| 3 | Carrier Enterprises<br>241 Clinton Road West<br>North Caldwell, NJ 07006 | | Supply House | | | | $102,111.32 |
| 4 | CFG Merchant Solutions, LLC<br>Head of Operations<br>32 Old Slip Suite 600<br>New York, NY 10005 | | Merchant Cash Advance | Disputed | | | $55,260.00 |
| 5 | Chase Ink Business<br>P.O. Box 1423<br>Charlotte, NC 28201 | | Credit Card | | | | $46,282.61 |
| 6 | Chase Ink Premier<br>PO Box 1423<br>Charlotte, NC 28201 | | Credit Card | | | | $58,838.12 |
| 7 | Chase Ink Unlimited<br>P.O. Box 1423<br>Charlotte, NC 28201 | | Credit Card | | | | $75,761.91 |
| 8 | Dependance Platinum FL LLC<br>4601 Sheridan Street Suite 600<br>Hollywood, FL 33021 | | Merchant Cash Advance | Disputed | | | $54,250.00 |

Debtor **JLS Mechanical, LLC** Case number *(if known)*
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Forward Financing, LLC<br>Attn: President Corporate Headquarters<br>100 Summer Street Suite 1175<br>Boston, MA 02110 | | Merchant Cash Advance | Disputed | | | $4,875.00 |
| 10 | FW Webb<br>160 Middlesex Turnpike<br>Bedford, MA 01730 | | Supply House | | | | $26,218.66 |
| 11 | Meged Funding Group<br>108 W 39th Street Ste. 1006 #2171<br>New York, NY 10018 | | Merchant Cash Advance | Disputed | | | $103,521.00 |
| 12 | Neptune Advance, LLC<br>180 Maiden Lane Floor 10<br>New York, NY 10038 | | Merchant Cash Advance | Disputed | | | $160,312.50 |
| 13 | NYS Department of Labor<br>250 Schermerhorn Street 1st Floor<br>Brooklyn, NY 11201 | | Unemployment Insurance | | | | $6,774.26 |
| 14 | Stark Tech<br>2100 Wehrie Drive<br>Erie County, NY 14221 | | Controller Supplier | | | | $39,372.54 |
| 15 | The Fundworks<br>299 South Main Street, Suite 1300<br>PMB 93894<br>Salt Lake City, UT 84111 | | Merchant Cash Advance | Disputed | | | $181,543.21 |
| 16 | U.S. Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155 | | Unsecured COVID Relief Loan | | | | $78,020.00 |
| 17 | US Bank<br>P.O. Box 6319<br>Fargo, ND 58125 | | Credit Card | | | | $4,654.85 |
| 18 | Web Bank<br>P.O. Box 757<br>Portsmouth, NH 03802 | | Unsecured Term Loan | | | | $39,372.54 |
| 19 | Web Bank<br>P.O. Box 757<br>Portsmouth, NH 03802 | | Unsecured Term Loan | | | | $5,950.03 |
| 20 | Webfund<br>99 Wall St. #1540<br>New York, NY 10005 | | Merchant Cash Advance | Disputed | | | $25,356.42 |